UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAARINA KVAAVIK,<br><br>                        Plaintiff,<br>    v.<br><br>VISTATEC, INC.,<br>VISTATEC, LTD., and<br>Mervyn Dyke, Individually<br><br>                        Defendants. | Case No. 04-12128 PBS |

**ASSENTED-TO MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants VistaTec, Inc. and VistaTec, LTD. ("Defendants"), by and through their undersigned counsel, move for an enlargement of time from December 13, 2004 to January 24, 2005 to respond to Plaintiff's Complaint. As grounds for this assented to motion, Defendants' state as follows:

1. This is the first extension Defendants have sought to respond to the Complaint.

2. The granting of the extension will not unduly delay this matter or cause prejudice to the Plaintiff, as evidenced by Plaintiff's assent to the enlargement of time.

3. Additionally, the extension of time will allow the Defendants to respond to Plaintiff's pending settlement offer.

WHEREFORE, Defendants hereby respectfully request that their Assented-To Motion for an Enlargement of Time to Respond to Plaintiff's Complaint be allowed.

Respectfully submitted,

/Timothy P. Van Dyck/
Timothy P. Van Dyck
Windy L. Rosebush
**Edwards & Angell, LLP**
101 Federal Street
Boston, MA 02110
(617) 951-2254
Local Counsel for Defendants

And

**REEDSMITH LLP**

Bridnetta D. Edwards
Michele N. Hansen
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, DC  20005-3317
(202) 414-9200

National Counsel for Defendants

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1 (a)(2), I hereby certify that on December 1, 2004, Bridnetta D. Edwards of Reed Smith, LLP, co-counsel for VistaTec, Inc. and VistaTec, Ltd., contacted Plaintiff's counsel, Nina Kimball, Esq., by telephone and discussed the extension of time to respond to Plaintiff's Complaint.  Plaintiff's counsel agreed to the extension of time to file a response.

/Timothy P. Van Dyck/
Timothy P. Van Dyck

## CERTIFICATE OF SERVICE

I, Timothy P. Van Dyck, hereby certify that on this 9th day of December, 2004, I caused a copy of the foregoing document to be served upon Nina Joan Kimball, Esq., Kimball, Brousseau & Michon, LLP, One Washington Mall, 14th Floor, Boston, MA  02108 by first class mail, postage pre-paid.

/Timothy P. Van Dyck/
Timothy P. Van Dyck