UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAARINA KVAAVIK,<br><br>    Plaintiff,<br><br>v.<br><br>VISTATEC, INC.,<br>VISTATEC, LTD., and<br>Mervyn Dyke, Individually<br><br>    Defendants. | Case No. 04-12128 PBS |

NOTICE OF APPEARANCE

We, Timothy P. Van Dyck and Windy L. Rosebush, hereby enter our appearance as local counsel to the defendants VistaTec, Inc. and VistaTec, Ltd. in the above-captioned matter.

VISTATEC, INC. AND VISTATEC, LTD.,
By its attorneys,

/s/Timothy P. Van Dyck
Timothy P. Van Dyck
Windy L. Rosebush
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444

**CERTIFICATE OF SERVICE**

I, Timothy P. Van Dyck, hereby certify that on this 9th day of December, 2004, I caused a copy of the foregoing document to be served upon all counsel of record by filing the same electronically or by first class mail, postage pre-paid.

/s/Timothy P. Van Dyck

BOS_470606_1.DOC/TVANDYCK