%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

Kaarina Kvaavik

V.

VistaTEC, Inc.,
VistaTEC, Ltd., and
Mervyn Dyke, Individually

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 12128 PBS

TO: (Name and address of Defendant)

Mervyn Dyke
Holly Cottage
Ballycorus Road
Kilternan, Dublin 18
Ireland

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nina Joan Kimball, Esq.
Kimball, Brousseau & Michon LLP
One Washington Mall   14th Floor
Boston, Massachusetts 02108
USA

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

OCT 0 7 2004
DATE

# PROOF OF ACCEPTANCE OF SERVICE

I, Jean A. Musiker, Esq., am the duly authorized legal representative for the Defendant Mervyn Dyke in connection with the matter entitled *Kaarina Kvaavik v. VistaTEC, Inc., VistaTEC, Ltd., & Mervyn Dyke, Defendants*, U.S. District Court for the District of Massachusetts, Case No. 04-CV-12128-PBS. I hereby acknowledge receipt and accept service of copies of the Summons, Complaint, and Civil Action Cover Sheet in this action on behalf of Defendant Mervyn Dyke on this 7th day of December, 2004.

Jean A. Musiker, Esq.
BBO# 365410
Sugarman Rogers Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114