≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

Kaarina Kvaavik

V.

VistaTEC, Inc.,
VistaTEC, Ltd., and
Mervyn Dyke

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12128 PBS

TO: (Name and address of Defendant)

VistaTEC, Inc.
8304 Custer Road
Bethesda, Maryland 20817

c/o Registered Agent: Corporation Service Company,
84 State Street, Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nina Joan Kimball, Esq.
Kimball, Brousseau & Michon, LLP
One Washington Mall, 14th Floor
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____   DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: November 23, 2004 |
| NAME OF SERVER: BURTON M. MALKOFSKY | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Bernardo Montanez, Receptionist for Corporation Service Co., Registered** ~~Duly Authorized~~ Agent for the within-named **Defendant, VistaTEC, Inc.**

Said service was made at:

**84 State Street, Boston**_____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE $ 24.00 | Trips | |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___November 23, 2004___
Date

Signature of Server: *[signed] Burton M. Malkofsky*

Address of Server: One Devonshire Place, Boston, Massachusetts

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | ALSO SERVED: | $ _____ |
| | | - CIVIL COVER SHEET | $ _____ |
| | | - CATEGORY SHEET | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
Massachusetts Constables since 1925      Boston, MA 02109                  Fax #        (617) 720-5737