AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 10 P 1:32

U.S. DISTRICT COURT
DISTRICT OF MASS

Kaarina Kvaavik

V.

VistaTEC, Inc.,
VistaTEC, Ltd., and
Mervyn Dyke, Individually

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12128 PBS

TO: (Name and address of Defendant)

VistaTEC, Ltd.
VistaTEC House
700 South Circular Road
Kilmainham, Dublin 8
Ireland

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nina Joan Kimball, Esq.
Kimball, Brousseau & Michon, LLP
One Washington Mall 14th Floor
Boston, Massachusetts 02108
USA

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

# PROOF OF ACCEPTANCE OF SERVICE

I, Bridnetta D. Edwards, Esq., am the duly authorized legal representative for the Defendant VistaTEC, Ltd. in connection with the matter entitled *Kaarina Kvaavik v. VistaTEC, Inc., VistaTEC, Ltd., & Mervyn Dyke, Defendants,* U.S. District Court for the District of Massachusetts, Case No. 04-CV-12128-PBS. I hereby acknowledge receipt and accept service of copies of the Summons, Complaint, and Civil Action Cover Sheet in this action on behalf of Defendant VistaTEC, Ltd. on this 8th day of December, 2004.

Bridnetta D. Edwards, Esq.
Bar No. 437467
Reed Smith
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3317
(202) 414-9281