UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAARINA KVAAVIK, )
)
)   Case No. 04-12128 PBS
            Plaintiff, )
v. )
)
VISTATEC, INC., )
VISTATEC, LTD., and )
Mervyn Dyke, Individually )
            Defendant. )

## DEFENDANTS' CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certifies that counsel and Defendants VistaTec, Inc. and VistaTec, Ltd. have conferred with counsel: (a) with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of the above-captioned litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

VISTATEC, INC.                          VISTATEC, LTD.

By: _____                   By: _____SAME_____

Name: _UNN VILLIS_                      Name: _____

Its: _VICE PRESIDENT_                   Its: _____

VISTATEC, INC. AND VISTATEC, LTD.

By Their Attorneys,

_____
Timothy P. Van Dyck
Windy L. Rosebush
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444
Local Counsel for Defendants

BOS_BOS_478698_1.DOC/TVANDYCK

_____
Bridnetta D. Edwards
Michele N. Hansen
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, DC 20005-3317
(202) 414-9200
National Counsel for Defendants

**CERTIFICATE OF SERVICE**

I, Timothy P. Van Dyck, hereby certify that on this 25th day of February, 2005, I caused a copy of the foregoing document to be served upon counsel for the Plaintiff by filing the same electronically.

/s/ Timothy P. Van Dyck