FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 FEB 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

Eastern Division                                                                              Case No. <u>04-CV-12128-PBS</u>

| | |
|---|---|
| KAARINA KVAAVIK, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| VISTATEC, INC., | ) |
| VISTATEC, LTD., and | ) |
| MERVYN DYKE, Individually, | ) |
|     Defendants. | ) |

## PLAINTIFF'S COUNSEL'S RULE 16.1 (D)(3) CERTIFICATION

Pursuant to Local Rule 16.1 (D)(3), counsel for the Plaintiff Kaarina Kvaavik hereby certifies and affirms that they have conferred with Ms. Kvaavik with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation and to consider the resolution of the litigation through the use of alternative methods of dispute resolution such as those outlined in Local Rule 16.4.

*This Certification is filed in connection with the parties' Joint Statement pursuant to Local Rule 16.1(D).*

Respectfully Submitted,

Nina Joan Kimball    BBO #547567
Justine H. Brousseau  BBO# 553776
Kimball, Brousseau & Michon, LLP
One Washington Mall, 14th Floor
(617) 367-9449
Boston, MA  02108

Dated: February 23, 2005

Acknowledged by:

_____          2/23/05
Kaarina Kvaavik, Plaintiff                Dated

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the PLAINTIFF'S RULE 16.1 (D)(4) CERTIFICATION has been served on all attorneys of record for the Defendants via regular mail, postage prepaid.

Date: 2/25/05                             Beth Berry
                                          PARALEGAL

2