UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 25 P 1:24

U.S. DISTRICT COURT
DISTRICT OF MASS.

Eastern Division

KAARINA KVAAVIK
   Plaintiff

v.

VISTATEC, INC., ET AL.
   Defendants

CIVIL ACTION NO. 04CV12128PBS

## LOCAL RULE 16.1 CERTIFICATION

The undersigned hereby affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Mervyn Dyke

Mervyn Dyke
By his Attorneys,

By: _____
Jean A. Musiker, BBO No. 365410
Matthew J. Fogelman, BBO No. 653916
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737
Tel. (617) 227-3030

Dated: 2/24/05