UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kaarina Kvaavik
Plaintiff,

        V.                                                                                      Civil Action Number
                                                                                04-12128-PBS

Vistatec, Inc., et al
Defendants.                                                                                     May 4, 2005


## SCHEDULING ORDER

Saris, D.J.,

Discovery stayed for 30 days.

Fact Discovery deadline: 10/31/05

Summary Judgment Motion filing deadline: 11/15/05

Opposition to Summary Judgment Motions: 11/30/05

Hearing on Summary Judgment or Pretrial Conference: 12/14/05 at 2:00 p.m.

Case to be referred to Mediation program: A.S.A.P.

                                                                                  By the Court,

                                                                                  /s/ Robert C. Alba
                                                                                  Deputy Clerk