UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KAARINA KVAAVIK, | ) | |
| | ) | Case No. 04-12128 PBS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| VISTATEC, INC., | ) | |
| VISTATEC, LTD., and | ) | |
| MERVYN DYKE, Individually | ) | |
| Defendants. | ) | |

## MOTION TO PERMIT BRIDNETTA D. EDWARDS
## TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, counsel of record for the Defendants VistaTEC, Inc. and VistaTEC, Ltd., Timothy P. Van Dyck, Esq., hereby moves this Court to permit Bridnetta D. Edwards, Esq., national counsel to the Defendants, to appear as counsel *pro hac vice* on the Defendants' behalf in the above-captioned action along with Attorney Van Dyck.

In further support of this motion, the Defendants file and incorporate the attached Affidavit of Bridnetta D. Edwards, Esq.

Dated: March 7, 2005

Respectfully submitted,

/s/Timothy P. Van Dyck
Timothy P. Van Dyck
Windy L. Rosebush
**Edwards & Angell, LLP**
101 Federal Street
Boston, MA 02110
(617) 951-2254
Local Counsel for Defendants

## CERTIFICATE OF SERVICE

I, Timothy P. Van Dyck, hereby certify that I caused a true copy of the foregoing Defendants' Motion to Permit Bridnetta D. Edwards to Appear *Pro Hac Vice* to be served upon Nina Joan Kimball, Esq., Kimball, Brousseau & Michon, LLP, One Washington Mall 14 Floor, Boston, MA 02108 and Jean A. Musiker, Esq., Sugarman, Rogers, Barshak & Cohen, P.C., 101 Merrimac Street, 9th Floor, Boston, MA 02114-4737 by filing the same electronically on this 7th day of March, 2005.

/s/ Timothy P. Van Dyck_____

BOS_479180_1/WROSEBUSH

UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAARINA KVAAVIK, )
)
Plaintiff, )    Case No. 04-12128 PBS
)
v. )
)
VISTATEC, INC., )
VISTATEC, LTD., and )
Mervyn Dyke, Individually )
Defendants. )

## AFFIDAVIT OF BRIDNETTA D. EDWARDS, ESQ.

I, Bridnetta Edwards, Esq., do hereby depose and state as follows:

1. I am a member in good standing of the bars of Maryland and the District of Columbia.

2. There are no disciplinary proceedings pending against me as a member of any bar in any jurisdiction.

3. I am *Of Counsel* at the law firm of Reed Smith L.L.P., which is national counsel to the Defendants.

4. If admitted *pro hac vice* in this case, I understand that I am charged with knowing and complying with all applicable Local Rules of the United States District Court for the District of Massachusetts and with the standard of professional conduct required by members of the Massachusetts bar.

5. Timothy P. Van Dyck and his associate, Windy L. Rosebush, of Edwards & Angell, LLP, both members in good standing of the bar in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, have been retained by the Defendants to represent them in this action. Attorneys Van Dyck and Rosebush will oversee the litigation and will be regularly consulted throughout the case.

6. Counsel for the Plaintiff and counsel for Defendant Mervyn Dyke have assented to this motion.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS __7th__ DAY OF MARCH, 2005.

*Bridnetta D. Edwards*

Bridnetta D. Edwards, Esq.