UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAARINA KVAAVIK<br>    Plaintiff<br><br>v.<br><br>VISTATEC, INC., ET AL.<br>    Defendants | CIVIL ACTION NO. 04 CV 12128-PBS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Kaarina Kvaavik, VistaTEC Ltd., VisteTEC, Inc. and Mervyn Dyke, by their respective undersigned counsel, hereby stipulate and agree that the above-entitled action be dismissed, with prejudice and without right of appeal.  All parties shall bear their own costs and attorneys fees.

| | |
|---|---|
| KAARINA KVAAVIK,<br>By her Attorneys, | VISTATEC, LTD. and VISTATEC, INC.<br>By their Attorneys |
| /s/ Nina Joan Kimball | /s/ Bridnetta D. Edwards |
| Nina Joan Kimball, BBO No. 547567<br>Justine H. Brousseau, BBO No. 553776<br>Kimball, Brousseau & Michon, LLP<br>One Washington Mall, 14th Floor<br>Boston, MA 02108<br>(617) 367-9449 | Bridnetta D. Edwards<br>Reed Smith, LLP<br>East Tower, Suite 1100<br>1301 K Street, N.W.<br>Washington, DC 20005-3317 (202) 414-9200<br><br>Timothy P. Van Dyck, BBO No. 548347<br>Windy L. Rosebush, BBO No. 636962<br>Edwards & Angell, LLP<br>101 Federal Street<br>Boston, MA 02110  (617) 423-6674 |

MERVYN DYKE
By his attorneys,

/s/ Jean A. Musiker
_____
Jean A. Musiker, BBO No. 365410
Matthew J. Fogelman, BBO No. 653916
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

Dated: April 5, 2005